**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No. 1:17-bk-22175 |
| FRANCIS STANLEY IWANSKI, JR. | Chapter 13 |
| | Honorable A. Benjamin Goldgar |
| Debtor(s) | |

**NOTICE OF MOTION**

To: *service list affixed*

PLEASE TAKE NOTICE that on July 6, 2021 at 1:30 p.m. I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place, and present **DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN,** a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 319 7225 and the password is 584922. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

**CERTIFICATE OF SERVICE**

I, Jennifer Ann McLaughlin, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on May 6, 2021, by 5:00 pm.

| | |
|---|---|
| Dated: May 6, 2021 | */s/ Jennifer Ann McLaughlin* |

Jennifer Ann McLaughlin
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
(630) 581-5450
jmclaughlin@sulaimanlaw.com

*Counsel for Francis Stanley Iwanski, Jr.*

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 1:17-bk-22175 |
| FRANCIS STANLEY IWANSKI, JR. | Chapter 13 |
| | Honorable A. Benjamin Goldgar |
| Debtor(s) | |

## MOTION TO MODIFY PLAN

**NOW COMES**, FRANCIS STANLEY IWANSKI, JR. (the "Debtor"), through undersigned counsel, pursuant to 11 U.S.C. § 1329, requesting entry of an order modifying plan. In support thereof, Debtor states as follows:

1. On July 25, 2017, the Debtor filed a voluntary petition for relief under Chapter 13, Title 11, United States Code (the "Bankruptcy Code").

2. Debtor's Modified Chapter 13 Plan, dated November 13, 2017, was confirmed on November 14, 2017 (the "Confirmed Plan").

3. The Confirmed Plan provides that Debtor will make monthly plan payments in the amount of "$1,142.00 monthly for 60 months. . .for total payments, during the initial plan term, of $68,520.00." Docket 28, Section D.

4. Due to a recent triple bypass surgery, Debtor is currently off of work and receiving disability payments.

5. At this time, Debtor believes that he will be off of work for approximately 4 more months.

6.  Debtor's disability income is only about sixty percent of his normal income – only $700.00 per month.

7.  Because of this, Debtor proposes deferring the next 4 months of payments to the end of the Plan, starting with the June 2021 payment.

8.  Modifying the Confirmed Plan will not prejudice the general unsecured creditors, as they will continue to be paid in full, as provided for in the Confirmed Plan.

**WHEREFORE**, Debtor respectfully requests the following:

A.  an Order modifying the Confirmed Plan to defer the next 4 months of payments to the end of the Plan, starting with the June 2021 payment; and

B.  such other relief as the Court deems just and proper.

DATED: June 8, 2021                                       Respectfully submitted,

**FRANCIS STANLEY IWANSKI, JR.**

*/s/ Jennifer Ann McLaughlin*

Jennifer Ann McLaughlin
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
(630) 581-5450
jmclaughlin@sulaimanlaw.com