# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLIONIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | NO. 17 B 22175 |
| FRANCIS STANLEY IWANSKI, JR., | ) | |
| | ) | |
| | ) | |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |

## NOTICE CONVERTING DEBTOR'S CHAPTER 13 TO CHAPTER 7

**NOW COMES**, FRANCIS STANLEY IWANSKI, JR. ("Debtor"), by and through the undersigned counsel, and pursuant to 11 U.S.C §1307(a) and Local Rule 1017-1 bringing this Notice to Convert his Chapter 13 to Chapter 7, and in support thereof states as follows:

1. Debtor filed a petition for relief pursuant to Chapter 13 of the Bankruptcy Code on July 25, 2017.

2. The 341 meeting has already been held and the Chapter 13 Plan has been confirmed.

3. The motive of the instant Chapter 13 filing was to retain possession and ownership of his primary residence through a feasible Chapter 13 Plan.

4. The Debtor made payments to his Chapter 13 Trustee until he was injured and was put on disability.

5. After careful thought and consideration, the Debtor decided to sell his primary residence.

6. The Court granted the Motion for Authorization to Sell Real Property in regard to his primary residence on August 17, 2021 and sold said residence at the beginning of September 2021.

7. After a careful analysis of his financial circumstances, Debtor has concluded he cannot fund a Chapter 13 plan and that it is in his best interest to convert the instant Chapter 13 bankruptcy to one under Chapter 7.

8. Pursuant to 11 U.S.C. §1307, Debtors may convert their case to one under Chapter 7 at any time.

WHEREFORE, the Debtor, FRANCES STANLEY IWANSKI, JR., hereby notify all parties of interest of the following:

1. The Debtor's Chapter 13 case is converted to one under Chapter 7 of the United States Bankruptcy Code.

Dated: September 17, 2021                    Respectfully Submitted,

*/s/ Jennifer Ann McLaughlin*
Jennifer Ann McLaughlin, Esq. #6315340
Counsel for Debtor
Sulaiman Law Group, LTD
2500 Highland Ave, Suite 220
Lombard, IL 60148
Phone (630)575-8181
Fax: (630)575-8188

# CERTIFICATE OF SERVICE

      I, Jennifer Ann McLaughlin, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on September 17, 2021, by 5:00 pm.

Dated: September 17, 2021        */s/ Jennifer Ann McLaughlin*

Jennifer Ann McLaughlin
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
(630) 581-5450
jmclaughlin@sulaimanlaw.com

*Counsel for Francis Stanley Iwanski, Jr.*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 17-22175<br>Northern District of Illinois<br>Eastern Division<br>Thu Sep 16 16:19:04 CDT 2021 | Barrington Bank & Trust Co. N.A.<br>Walinski & Associates, P.C.<br>2215 Enterprise Drive<br>Suite 1512<br>Westchester, IL 60154-5804 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Barrington Bank & Trust<br>201 S. Hough Street<br>Barrington, IL 60010-4364 | Barrington Bank & Trust<br>c/o Walinski & Associates P.C.<br>2215 Enterprise Dr.<br>Suite 1512<br>WESTCHESTER, IL 60154-5804 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | Cardworks/CW Nexus<br>Attn: Bankruptcy<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Cardworks/CW Nexus<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 |
| Casualty Recovery Solutions<br>9390 Bunsen Parkway<br>Louisville, KY 40220-3789 | Cory T Evans<br>2342 Old Kings Ct<br>Schaumburg, IL 60194-2546 | Credit One Bank Na<br>Po Box 98872<br>Las Vegas, NV 89193-8872 |
| Credit One Bank Na<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Department of the Treasury<br>Internal Revenue Service<br>P.O.Box 7346<br>Philadelphia, PA 19101-7346 | ESP Kreuzer Cores LLP<br>400 S County Farm Rd., Ste 200<br>Wheaton, IL 60187-4547 |
| Equian<br>P.O.Box 36220<br>Louisville, KY 40233-6220 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Meadows Credit Union<br>2401 S Plum Grove Rd, Ste 100<br>Palatine, IL 60067-7478 | Meadows Credit Union<br>3350 Salt Creek Lane, Ste 100<br>Arlington Heights, IL 60005-1089 | Moon Lake Condo Association<br>c/o Ryan H Shpritz, RA<br>175 N Archer<br>Mundelein, IL 60060-2301 |
| Moon Lake Village 4 Story Condo Assoc<br>c/o Robert Bergland, RA<br>780 Tek Dr<br>Crystal Lake, IL 60014-8100 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Safe Auto Insurance Company<br>4 Easton Oval<br>Columbus, OH 43219-6010 |
| Walinski & Associates<br>2215 Enterprise Drive<br>Suite 1512<br>Westchester, IL 60154-5804 | Francis Stanley Iwanski Jr.<br>1880 Bonnie Lane<br>Apt 308<br>Hoffman Estates, IL 60169-1040 | Jennifer A Filipiak<br>Sulaiman Law Group<br>2500 S. Highland Ave<br>Suite 200<br>Lombard, IL 60148-7103 |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Mohammed O Badwan<br>Sulaiman Law Group, LTD<br>2500 S. Highland Ave<br>Suite 200<br>Lombard, IL 60148-7103 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One  
15000 Capital One Dr  
Richmond, VA 23238  

Illinois Department of Revenue  
Bankruptcy Unit  
PO Box 19035  
Springfield, IL 62794-9035  

Portfolio Recovery Associates, LLC  
Successor to CAPITAL ONE BANK (USA), N.A  
(CAPITAL ONE BANK, N.A.)  
POB 41067  
Norfolk VA 23541  

End of Label Matrix  
Mailable recipients   29  
Bypassed recipients    0  
Total                 29